UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZENOBE RANDALL HART, )
)
       Plaintiff, )
)
v. ) Civil Action No. 1:19-cv-00586 (UNA)
)
)
ALANNA TRIVELLI, )
)
       Defendant. )

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a complaint and an accompanying application to proceed *in forma pauperis* ("IFP"). The Court will grant the IFP application and dismiss the case for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" if it determines that the subject matter jurisdiction is wanting).

Plaintiff, a resident of Virginia, sues her attorney, Alanna Trivelli, who is also located in Virginia. While the complaint is far from a model in clarity, plaintiff is aggrieved regarding an underlying criminal matter, which as pled, appears to be filed and ongoing in Virginia state court. Plaintiff alleges that her attorney misadvised her regarding her sentencing and now she is "in trouble for not serving weekends." At its crux, the complaint appears to allege legal malpractice, though plaintiff does not plead any specific type of relief.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such

facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3). Plaintiff fails to plead facts to establish any type of jurisdiction in this District.

Therefore, this complaint [1] and this case are dismissed for want of subject matter jurisdiction. A separate Order accompanies this Memorandum Opinion.

Date: April 16, 2019

United States District Judge